UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KISS NAIL PRODUCTS, INC.,

                      Plaintiff,

    - against -

SHENZHEN KAYLUX TECHNOLOGY CO.,
LTD., GUANGZHOU MENARDA ELECTRICAL
CO., LTD. D/B/A DORISILK, SHENZHEN
MANJIU IMPORT AND EXPORT TRADE CO.,
LTD D/B/A ELA STYLER,

                      Defendants.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 18-5631 (JMA) (SIL)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 24, 2020, granting Plaintiff's motion for a default judgment against Defendants; permanently enjoining Defendants from infringing on the United State Patent No. 10,010,148 held by Plaintiff within the United States, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Kiss Nail Products, Inc.'s motion for a default judgment against Defendants is granted; that Defendants Shenzhen Kaylux Technology, Co. Ltd., Guangzhou Menarda Electrical Co. Ltd., and Shenzhen Manjiu Import and Export Trade Co., Ltd., are permanently enjoined from infringing on the United State Patent No. 10,010,148 held by Plaintiff Kiss Nail Products, Inc., within the United States; and that this case is closed.

Dated: September 25, 2020
       Central Islip, New York

                                                           DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                          BY:   /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK